**UNITED STATES BANKRUPTCY COURT**
District of Northern Illinois

**IN RE: Claudia Johnson**
**CHAPTER 13 CASE NO. 08-34555**

### RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

RBS Citizens N.A. (aka Citizens Bank aka Charter One Bank) now files its Response to the Chapter 13 Trustee's Notice of Final Cure Payment, and states the following:

1. RBS Citizens N.A. confirms that it has received all pre-petition payments from the Chapter 13 Trustee and that all pre-petition arrears have been cured.

2. RBS Citizens N.A. confirms that all post-petition payments have been received from the trustee.

3. The account has been settled in full and will reflect the same with the credit bureaus

4. A copy of this notice has been mailed to the above-stated debtor and their counsel.

Respectfully submitted,

_/s/ Jeremy M. Hesford_
Jeremy M. Hesford
Chapter 13 Bankruptcy Specialist
RBS Citizens N.A.