February 10, 2014

Claudia Johnson
1414 W. 114th Place
Chicago, Il  60643

Robert J Semrad & Associates
20 South Clark Street
28th Floor
Chicago, Il  60603

Re: Case 08B34555 – Chapter 13 (Claudia Johnson)



Dear Attorney:

Enclosed are documents that my mother had recently received . Upon my reviewing these papers a couple of questions have come up. Please provide me with some clarity of the followings.

**Notice of Final Cure Payment:** Monthly Ongoing Mortgage Payment – X-Direct by the Debtor: What does this mean as well as the paragraph that follows, about the creditor must files and serve a statement as a supplement to the holder's proof of claim on the Debtor, etc.

**Financial Summary Sheet shows a credit of $3,174.43**
Is this to be refunded to my mom?

Please advise me on the above questions at your earliest convenience.
You may contact me at 312-464-5027 or email me, beverly.johnson@ama-assn.org

Thank you,

*Beverly Pollard*
Beverly Johnson – Pollard
Daughter to Claudia Johnson

Cc:  Office of the Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  CASE NO. 08 B 34555
CHAPTER 13

Claudia Johnson

JUDGE EUGENE R. WEDOFF

DEBTOR  NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O Marshall files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** Charter One Bank

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 1 | 0744 | $26,213.81 | $26,213.00 | $26,213.00 |
| Total Amount Paid by Trustee | | | | $26,213.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit      X  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

# OFFICE OF THE CHAPTER 13 TRUSTEE MARILYN O. MARSHALL

OFFICE OF THE CHAPTER 13 TRUSTEE
MARILYN O. MARSHALL, STANDING TRUSTEE
224 SOUTH MICHIGAN AVENUE, SUITE 800
CHICAGO, IL 60604-2500
VOICE: (312) 431-1300
FAX: (312) 431-1656
WEBSITE: WWW.CHICAGO13.COM

**08 B 34555**    **Financial Summary**    as of February 06, 2014

Claudia Johnson
1414 W 114th Place
Chicago, IL 60643

**Judge**
Eugene R. Wedoff

**Attorney**
Robert J Semrad & Associates
20 S Clark St 28th Flr
Chicago, IL 60603
Phone: (312) 913-0625

**Case Status**    Confirmed: February, 26, 2009

| Plan terms | Plan months | Current plan payment | Min total payments | Min Unsecured repayment |
|---|---|---|---|---|
| | 60 | $1,850.00 | $69,600.00 | 100.00% |

Your case will be completed when all of the following conditions are met:
1) You have paid in at least $69,600.00
2) All 100% claims have been paid in full, plus any interest due
3) All monthly accrual payments are current
4) Unsecured creditors have been paid **at least** 100% of their claimed amounts.

**Plan Payments**    To date you have paid $69,600.00    You have a past due balance of **($3,174.43)**

**Claims: 100% repayment**    *These claims must be paid in full, possibly with interest*

| Creditor | Type | Claimed | Interest Paid | Total Due* | Paid to Date | Bal Due* |
|---|---|---|---|---|---|---|
| Charter One Bank | Secured | 30,018.00 | 3,649.52 | 33,667.52 | 33,667.52 | 0.00 |
| Charter One Bank | Secured | 26,213.00 | 0.00 | 26,213.00 | 26,213.00 | 0.00 |
| Robert J Semrad & Associates | Administrative | 3,124.00 | 0.00 | 3,124.00 | 3,124.00 | 0.00 |

**Claims: Monthly accrual**    *This case has no claims of this type*

**Claims: Unsecured**    *The plan terms (listed above) determine when these claims are paid*

| Creditor | Claimed | Interest Paid | Paid to Date |
|---|---|---|---|
| Charter One Bank | 49.57 | 9.06 | 58.63 |
| ECast Settlement Corp | 145.61 | 26.68 | 172.29 |

**Debts not paid by Trustee**    *This case has no claims of this type*

**Notes**    * Future interest charges may increase the totals due.

The payments listed in this summary represent disbursements to creditors. Trustee Fees are not included in these totals. Fees are charged as a percentage when payments are made to creditors. To date, you have paid $3,190 in fees.

Monitor the progress you are making online at www.ndc.org, the website of the National Data Center (NDC).

**Address changes**    All address changes must be filed with the Bankruptcy Court. If your address has changed, send the completed address change form (enclosed) to:

United States Bankruptcy Court
219 Dearborn Street, Suite 713
Chicago, IL 60604